**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


Sarprio Doranti,                                            Civil No. 14-767 (DWF/LIB)

                    Plaintiff,

v.                                                          **ORDER ADOPTING REPORT**
                                                            **AND RECOMMENDATION**

Kevin D. Moser, Thomas J. Lundquist,
and Unknown Jane and John Does in
Carlton County, each sued in their
individual and official capacities,

                    Defendants.


The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Leo I. Brisbois dated April 25, 2014.  (Doc. No. 10.)

No objections have been filed to that Report and Recommendation in the time period

permitted.  The factual background for the above-entitled matter is clearly and precisely

set forth in the Report and Recommendation and is incorporated by reference.  Based

upon the Report and Recommendation of the Magistrate Judge, and upon all of the files,

records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.      Magistrate Judge Leo I. Brisbois's Report and Recommendation (Doc.

No. [10]) is **ADOPTED**.

2.      Plaintiff's request for dismissal (Doc. No. [9]) is construed as a Notice of

Voluntary Dismissal; as such, the request is **GRANTED**.

3.      Because Plaintiff previously filed an identical complaint in another matter, which was ultimately dismissed voluntarily, this case is **DISMISSED WITH PREJUDICE**.

4.      Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. [2]) is **DENIED AS MOOT**.

5.      Plaintiff's Motion for the Appointment of Counsel (Doc. No. [3]) is **DENIED AS MOOT**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  May 15, 2014              s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge